

**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

November 1, 2023

**BY ECF:**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/23
```

      RE:    USA v. Mohamed Akinotcho
              23-cr-00265-5 (RMB)
              Southern District of New York

Dear Judge Berman:

    I represent Mohamed Akinotcho. The Court intends to conduct a status conference on November 8, 2023. I am requesting permission for my client to appear by phone or video. The Government has no objection to this request.

    Thank you for your time and consideration in this matter.

                                Sincerely,
                              **Spodek Law Group P.C.**
                              /S/ Todd A. Spodek

TAS/
cc:    All Counsel (By ECF)

> Defendant may appear remotely on 11/8/23 at 10:30am.
>
> SO ORDERED:
> Date: 11/1/23    Richard M. Berman
>                           U.S.D.J.

85 Broad Street, 18th Floor, NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com