

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2023

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    *United States v. Ndama Traore et al.*, 23 Cr. 265 (RMB)

Dear Judge Berman:

    The Government respectfully submits this joint letter on behalf of all parties to request a 60-day adjournment of the status conference currently scheduled for November 8, 2023 at 10:30 a.m.

    The adjournment will allow the defense to continue reviewing the voluminous discovery produced to date, and for the parties to continue to confer about a possible disposition.

    All defense counsel have confirmed that they consent to this request and to the continued exclusion of time through the date of the new status conference. The interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial for the reasons set forth above.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:  */s/ Jane Y. Chong*
    Jane Y. Chong
    Assistant United States Attorney
    (917) 763-3172

Cc (by CM/ECF):  John M. Burke, Esq.
    Lorraine Gauli-Rufo, Esq.
    Scott E. Migden, Esq.
    Sarah M. Sacks, Esq.
    Monique Chantelle Sparks, Esq.
    Todd A. Spodek, Esq.

---

Conference is adjourned to 1/10/24 at 10:00 A.M. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 11/3/23
*Richard M. Berman*
Richard M. Berman, U.S.D.J.