

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

April 25, 2024

**BY ECF:**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED:
Date: 4/25/24
/s/ Richard M. Berman
Richard M. Berman, U.S.D.J.

RE: USA v. Mohamed Akinotcho
23-cr-00265-5 (RMB)
Southern District of New York

Dear Judge Berman:

I represent Mohamed Akinotcho. The Court intends to conduct a status conference on May 1, 2024 at 11:00 a.m. I am requesting permission for my client to appear by phone or video. The Government has no objection to this request.

Thank you for your time and consideration in this matter.

Sincerely,
**Spodek Law Group P.C.**
/S/ Todd A. Spodek

TAS/hc
cc: All Counsel (By ECF)

233 Broadway, Suite 710, New York, NY 10279 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com