UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                            Government, :      23 CR. 265 (RMB)
:
      - against - :      **ORDER**
:
MOHAMED NABIL ELIKPLIM AKINOTCHO, :
:
                            Defendant. :
---------------------------------------------------------------x

The status conference is scheduled for Tuesday, September 17, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 271 153 919#

Dated: September 10, 2024
       New York, NY

                                                 **RICHARD M. BERMAN**
                                                 **U.S.D.J.**