**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,             :

                          Government,       :     23 CR. 265 (RMB)

         - against -                        :     **ORDER**

MOHAMED AKINOTCHO,             :

                           Defendant.         :
-------------------------------------------------------------x

        The plea scheduled for Tuesday, December 3, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: November 20, 2024
          New York, NY

                                               _____
                                               RICHARD M. BERMAN
                                                      U.S.D.J.