

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

February 27, 2025

<u>**BY ECF**</u>:

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    United States v. Mohamed Nabil Elikplim Akinotcho
              Case No.: 1:23-cr-00265-5 (RMB)
              Southern District of New York
              <u>Unopposed Sixth Letter Motion to Continue the Sentencing Date</u>

Dear District Judge Berman:

      Please be advised that I represent **Mohamed Akinotcho** in the above-captioned action.

      Mr. Akinotcho, by and through the undersigned counsel, respectfully moves this Honorable Court for an order to continue the sentencing date currently scheduled for <u>March 18, 2025</u>, by a period of at least 30 days. In support, therefore, counsel states as follows:

      Counsel has requested, yet has not received, sentencing letters from Mr. Akinotcho's friends and family. These letter writers have communicated to our office that they need additional time to do so. Such letters are invaluable at sentencing because they offer the Court tremendous insight into a defendant's history and characteristics: an 18 U.S.C. 3553(a) factor to be considered during the imposition of a sentence.

      Counsel is available in the second half of April and the first half of May 2025, except for May 1 and May 6-7, 2025.

      The Government does not object to the requested continuation of Mr. Akinotcho's sentencing hearing.

      Thank you in advance for your time and consideration in this matter.

                                  Sincerely,
                            **Spodek Law Group P.C.**
                              /s/ Todd A. Spodek

The Honorable Richard M. Berman
Page **2** of **2**

                                                        Todd A. Spodek

cc:    All Counsel of Record (By ECF).

> Sentence is adjourned to 4/30/25 at 11:00 am. Defense may supplement sentence submission by 4/7/25. Government shall file sentence submission by 4/14/25.
>
> SO ORDERED:
> Date: 2/27/25
>
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.