UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MOHAMED NABIL ELIKPLIM AKINOTCHO

**Order of Restitution**

Docket No. 23 Cr. 265 (RMB)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Jane Yumi Chong, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count ~~One~~ *Two* of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1. **Amount of Restitution**

MOHAMED NABIL ELIKPLIM AKINOTCHO, the Defendant, shall pay restitution in the total amount of $527,649.41, pursuant to 18 U.S.C. § 3663A (MVRA), to the victims of the offense charged in Count ~~One~~ *Two*. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

### A. **Joint and Several Liability**

The Defendant is solely liable for $75,000 in United States currency and the Defendant is jointly and severally liable with: (i) Salif Ndama-Traore ("Ndama-Traore") in the amount of $85,000 in United States currency to the extent a restitution order is entered against Ndama-Traore in this case as a result of Ndama-Traore's participation in the conduct underlying Count Two of the Indictment; and (ii) Ibrahim Bocoum ("Bocoum") in the amount $452,649.41 in

2020.01.09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/25

United States currency to the extent a restitution order is entered against Bocoum in this case as a result of Bocoum's participation in the conduct underlying Count Two of the Indictment.

### B. Priority of Payment Among Victims

Pursuant to 18 U.S.C. § 3664(j)(1), restitution shall first be paid to the victims of the offense of conviction, and once that sum is satisfied, then the remaining sum shall be paid to the victims' insurer(s) in the amount of compensation it provided to the victim as set forth in the Schedule of Victims, attached hereto as Schedule A.

### 2. Schedule of Payments

During the term of imprisonment, if the defendant is engaged in a BOP non-UNICOR work program, the defendant shall pay $25 per quarter toward the criminal financial penalties. However, if the defendant participates in the BOP's UNICOR program as a grade 1 through 4, the defendant shall pay 50% of his monthly UNICOR earnings toward the criminal financial penalties, consistent with BOP regulations at 28 C.F.R. § 545.11.

If any portion of the financial penalties remain unpaid at the time of defendant's release from prison, the remainder shall be paid during the term of the supervised release in monthly installments of 20% of gross monthly revenues.

### 3. Payment Instructions

The Defendant shall make restitution payments by cash, certified check, money order, or online via pay.gov. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the

docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

4. **Additional Provisions**

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

5. **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Jane Yami Chong
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (917) 763-3172

4/29/2025
DATE

SO ORDERED:

_____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

4/30/25
DATE

4