**MEMO ENDORSED**
/. 2

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

May 12, 2025

<u>BY ECF</u>:

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



      RE:    United States v. Mohamed Akinotcho
                  Case No.: 23-cr-00265-5
                  Southern District of New York
                  <u>Letter Motion to Continue the Surrender Date</u>

Dear District Judge Berman:

      Please be advised that I represent **Mohamed Akinotcho** in the above-captioned action.

      Mr. Akinotcho, by and through the undersigned counsel, respectfully moves this Honorable Court for an order continuing his surrender date, currently scheduled for <u>May 27, 2025,</u> before 2:00 p.m. (ECF No. 236), to <u>July 7, 2025</u> or later. In support, therefore, counsel states as follows:

      Mr. Akinotcho's wife, Juniore, works weekends as a nurse's assistant, while he looks after their two minor children. His upcoming incarceration has forced Junior to find new employment, as she cannot continue to work weekends without his help. The requested 45-day continuance of Mr. Akinotcho's surrender date will grant Juniore additional time to secure employment that does not compound their family's already difficult, new reality.

      The Government does not take a position regarding this requested continuation of Mr. Akinotcho's surrender date.

      Thank you in advance for your time and consideration in this matter.

                                    Sincerely,
                                **Spodek Law Group P.C.**
                                /s/ Todd A.Spodek
                                Todd A. Spodek

cc:    All Counsel of Record (By ECF).

---

Application respectfully denied.

_____
_____
_____
_____

SO ORDERED:
Date: **5/14/25**    Richard M. Berman
Richard M. Berman, U.S.D.J.

2